**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JAQUETTA ANN COOPWOOD,

    Plaintiff,                                  Case No. 2:20-cv-12092-AJT-DRG
                                                   Hon. Arthur J. Tarnow

vs.

COUNTY OF WAYNE,
SGT. WATT,

    Defendants.
_____

| | |
|---|---|
| KEVIN A. LANDAU (P65601)<br>The Landau Group, PC<br>Counsel for Plaintiff Coopwood<br>38500 Woodward Ave., Ste 310<br>Bloomfield Hills, MI 48304<br>(248) 247-1153(Ph)<br>(248) 671-0884 (fax)<br>kevin@thelandqugroup.com | MARGARET M. FLANAGAN(P52352)<br>Assistant Corporation Counsel<br>JAMES W. HEATH<br>Wayne County Corporation Counsel<br>Attorney for Defendant Wayne County<br>500 Griswold Street, 30th Floor<br>Detroit, MI 48226<br>(313) 224-5030(Ph)<br>(313) 224-4882 (Fax)<br>mflanaga@waynecounty.com |

_____

## **INDEX OF EXHIBITS**

Exhibit 1    Declaration by Director Cierra Crawford & Policy

Exhibit 2    Criminal Case Docket 17-010699-01-FC

Exhibit 3    Handbook 2017

Exhibit 4    OTIS

Exhibit 5    Booking Card