# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

JAQUETTA ANN COOPWOOD,

    Plaintiff,

vs.

COUNTY OF WAYNE,
SGT. WATT,

    Defendants.

Case No. 2:20-cv-12092-AJT-DRG
Hon. Arthur J. Tarnow

---

KEVIN A. LANDAU (P65601)
The Landau Group, PC
Counsel for Plaintiff Coopwood
38500 Woodward Ave., Ste 310
Bloomfield Hills, MI 48304
(248) 247-1153(Ph)
(248) 671-0884 (fax)
kevin@thelandqugroup.com

MARGARET M. FLANAGAN(P52352)
Assistant Corporation Counsel
JAMES W. HEATH
Wayne County Corporation Counsel
Attorney for Defendant Wayne County
500 Griswold Street, 30th Floor
Detroit, MI 48226
(313) 224-5030(Ph)
(313) 224-4882 (Fax)
mflanaga@waynecounty.com

---

## **DECLARATION BY DIRECTOR CIERRA CRAWFORD**

1.    My name is Cierra Crawford, and I am currently the Director of Internal Compliance for the Wayne County Sheriff's Office (the "WCSO"). My relevant duties include maintaining and supervising the Inmate Grievance Process. I make this Declaration in support of Defendants' Motion to Dismiss. I make this

Declaration based upon review of records kept in the ordinary course of business by the WCSO.

2. My office supervises the processing of, routing of, and responding to Wayne County Jail inmate grievances.

3. Plaintiff Jaquetta Ann Coopwood ("Plaintiff") was incarcerated at the Wayne County Jail Division I in Detroit, Michigan from 8/16/17 to 10/10/18.

4. Wayne County Jail Division I maintains official policies governing the handling of grievances. The policy that was in effect during 2017 and 2018 is attached as **Exhibit B** to this Declaration.

5. The compliance department made a diligent search of the Division 1 grievance records. The result of the search confirmed that the Wayne County Jail has no record of Plaintiff filing a grievance regarding alleged assaultive behavior by a Sgt. Watt at Division 1. In fact, the Wayne County Jail has no record of Plaintiff filing any grievances on any subject during her incarceration.

6. Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 9-30-20

CIERRA CRAWFORD
Director of Internal Compliance
Wayne County Sheriff's Office

| | |
|---|---|
| WAYNE COUNTY | Document No: 7.1 |
| JAIL OPERATIONS MANUAL | Issue/Revision Date: 11/27/07 |
| | Page 1 of 5 |

___

SECTION: GRIEVANCE PROCEDURE
TITLE: INMATE GRIEVANCE
REFERENCE: FINAL JUDGEMENT PARAGRAPH VII.B.
AUTHORIZING
SIGNATURE:

___

A. POLICY:

It is the policy of the Wayne County Sheriff's Office to provide an inmate a means for resolving complaints regarding institutional matters. An inmate grievance may be filed for alleged violations of civil rights or statutory laws, alleged violations of the Sheriff's Office policy, appeal a disciplinary decision, and alleged unsafe or unsanitary living conditions. A written grievance process shall be available to all inmates, including provisions for appeal to ensure that an inmate's complaint is addressed and that responses to an inmate's concerns are consistent, fair, and timely.

An inmate may submit a grievance to any staff member including, Command Officers, Social Services Specialists, the Director of Jails/or the Sheriff and to other public officials and governmental agencies including the court, without interference or retaliation. Review of grievances is conducted by the Quality Assurance Administrator to identify any patterns of problem areas and to recommend corrective action, if appropriate.

B. DEFINITION:

   ***Grievance –***   A written complaint filed by an inmate concerning personal health and safety or the operation and services of the facility. (See Attachment A-Inmate Grievance Form)

   1. <u>Grievable Issues</u>

      a. Policy/procedure violations. An inmate may grieve operations only, if the issue directly affects them and the Sheriff's Office, the Office of the County Executive, Jail Health Services and Mental Health Services has control over the issue.

      b. Unsatisfactory conditions of confinement, which directly affects the inmate.

WAYNE COUNTY  
JAIL OPERATIONS MANUAL

Document No: 7.1  
Issue/Revision Date: 11/27/07  
Page 2 of 5

    c. An allegation of misidentification of the inmate at the time of arrest by the arresting law enforcement agency and the inmate is not the defendant identified in the warrant issued by a court of competent jurisdiction.

2. <u>Non-Grievable Issues</u>

    a. Decisions in major/minor discipline hearings are appealable to the Director of Jails for review and final disposition.

    b. Content of Administrative Rules, Policy Directives, Operating Procedures.

    c. Issues, which affect the entire population or a significant number of inmates. (example: the content of the menu served to the entire population is not grievable, but the grievant's individual inmate's meal is grievable, if a special diet is denied).

3. <u>Rejections</u>

    a. A grievance, which contains profanity, threats, language that demeans or impugns the character of the staff, etc. <u>unless</u> it is descriptive of issue being grieved. Example: Quoting an officer who used profanity should not be rejected, using profanity to describe the officer himself can be. Use good discretion.

    b. A grievance that duplicates one previously filed. If two grievances are filed on one issue, the first shall be responded to and the second rejected.

    c. A grievance that contains multiple unrelated issues-several different incidents could be grieved on one grievance *if they are related.* Example: If an officer denies a shower, then a short time later refuses to give a food tray, these are grievable because they're connected (same officer, same day, events closely followed one another). If one officer denies a shower, then the next day another officer refuses to give the grievant his mail-these are unrelated and should be separate grievances.

    d. A grievance, which is vague or illegible.

WAYNE COUNTY Document No: 7.1
JAIL OPERATIONS MANUAL Issue/Revision Date:  11/27/07
 Page  3 of  5

    e. A grievance in which the grievant doesn't attempt a resolution with staff prior to filing the grievance.

    f. A grievance, which is untimely. Not filed within ten (10) days from the date the alleged incident occurred.

C. PROCEDURE:

1. As part of the orientation process, classification staff shall explain the grievance process to all inmates, provide them with an Inmate Rules and Regulations Handbook, and have the inmate sign the Grievance Process Form.  (see Attachment B – Grievance Process Form)

2. "Inmate Grievance Forms or writing paper shall be readily available to all inmates.  (see Attachment A)

3. The inmate can give the grievance form to any officer, command staff, social services specialist, nurse, mental health staff or the Quality Assurance Administrator. The inmate may send the grievance form through the US mail or place it in a sealed envelope addressed to the "Quality Assurance Administrator" and give to sheriff staff for delivery.

    a. Officers, command staff, social service specialist, medical and mental health staff and the Quality Assurance Administrator shall provide grievance forms to inmates and assist in its completion upon request.

        1) Officers shall maintain a supply of "Inmate Grievance Forms" or writing paper at their duty station at all times.

        2) Command staff shall ensure that Inmate Grievance forms are at the Deputy's Duty station when making ward rounds.

    b. Any deliberate or intentional interference with the grievance procedure is a direct violation of the court order and may be subject the employee to the disciplinary process.

WAYNE COUNTY                                    Document No: 7.1
JAIL OPERATIONS MANUAL                          Issue/Revision Date:  11/27/07
                                                Page    4 of  5

D.  INMATE PROCEDURE

　　1.  If an inmate is unable to resolve his/her complaint through informal contact with staff, he/she may obtain an "Inmate Grievance Form," and initiate the following:

　　　　a.  The inmate shall state their concerns on the "Inmate Grievance Form" or writing paper.

　　　　b.  The Grievance must be filed within 10 days from the date of the alleged incident of complaint.

　　　　c.  The inmate shall sign the grievance and give it to any staff person. The inmate may send the grievance form through the US mail or place it in a sealed envelope and addressed to the Quality Assurance Administrator.

E.  STAFF PROCEDURE

　　1.  Upon retrieval of "Inmate Grievance Forms," staff shall place the grievances in intra-departmental mail to the attention of the Quality Assurance Administrator, Second Floor, Jail Division I.

　　2.  All completed, signed grievance forms received by the Quality Assurance Administrator shall be reviewed.  The review shall determine whether it is a grievable issue. If not, the form shall be returned to the inmate with a written notification on the front of the form indicating it was reviewed, found to be a nongrievable issue, and initialed.

　　3.  The Quality Assurance Administrator shall date and log each grievance in the grievance-tracking log.

　　4.  The grievance shall be referred to the appropriate supervisory staff for response or may be answered by the Quality Assurance Administrator, if appropriate.

　　　　a.  Supervisory staff shall have up to 10 days from the referral date of the concern, excluding weekends and holidays, to provide a written response to the inmate.

WAYNE COUNTY                                        Document No: 7.1
JAIL OPERATIONS MANUAL                              Issue/Revision Date: 11/27/07
                                                    Page 5 of 5

      b.    An immediate response is required if the concern is of an emergency nature or threatens the inmate's immediate health or safety.

      c.    The response period may be extended if findings indicate that the initial period is insufficient to investigate and render a decision. The reason for the extension shall be communicated in writing to the inmate by the supervisory staff, and to the Quality Assurance Administrator.

5. <u>Supervisory staff</u> shall provide written notification to the inmate indicating the resolution, remedy, or disposition of the grievance on the grievance form or an attachment if needed.

6. When the written response has been completed, the supervisor shall route the answered grievance and the response back to the Quality Assurance Administrator. Narrative response should include date and time that the complainant was interviewed if he was interviewed.

7. The Quality Assurance Administrator shall log receipt of the answered grievance in the tracking system, retain the original, and route a copy of the grievance to Shift Command.

8. Shift Command will be responsible for forwarding the grievances to the assigned Sergeant who will hand deliver it to the inmate during rounds.

9. The inmate may appeal the response to the Director of Jails/ designee by checking the appeal box located on the grievance form.

10. Steps No. 5 through 10 shall be repeated for the appeal, except that the Quality Assurance Administrator shall refer all appeals to the Director of Jails/designee for response. The appeal shall be recorded in the tracking system.

11. Inmate grievances shall be tracked by the Quality Assurance Administrator to ensure that the response deadlines are met and corrective measures have been addressed.

12. Grievance statistics shall be forwarded to the Divisional Commander for inclusion in the Monthly Executive Summary Report and follow through for the identified recommendations.