# EXHIBIT 3



# Wayne County Jails

ANDREW C. BAIRD (Division I)
OLD JAIL (Division II)
WILLIAM DICKERSON FACILITY
(Division III)

# INMATE RULES AND REGULATIONS

BENNY N. NAPOLEON
Sheriff

DANIEL PFANNES
Undersheriff



# WAYNE COUNTY JAIL
Inmate Rules and Regulations

The following rules and regulations, which explain what is expected of you, are intended to ensure safe custody, decent living conditions and fair treatment of all individuals in the Wayne County Jails.  All rules and regulations, as well as, the laws pertinent to discrimination and Title VII of the Civil Rights Act, are to be complied with at all times while confined in Wayne County Jails.  Any inmate who violates the rules and regulations, or whose conduct poses a serious and substantial threat to the safety and welfare of others or the security of the facility, will be subject to Administrative Review and behavior sanctions.

## EXPECTED BEHAVIOR
It is our expectation that you will comply with our rules while you are in our facility.  In general, you are expected to:
1. Follow all staff directives and requests.
2. Respect jail property and the property of others.
3. Maintain your sleeping area and surrounding common area in a clean, orderly and sanitary fashion.
4. Maintain daily personal hygiene habits.
5. Behave in a rational, responsible and adult manner.

## IDENTIFICATION
All inmates will be issued a Wayne County Jail Arm Band and a floor card for the Housing location, at the time of booking.  You are responsible for the Arm Band.  It must be secured on the wrist at all times while incarcerated.  If lost, destroyed or removed prior to leaving the Facility, you may be charged a \$15.00 fee.

## BOOKING AND BOND FEE
State law MCL 801.4b provides for the assessment of a \$12.00 booking fee. All inmates entering the jail system are subject to this fee. If you are a pre-trial inmate and your charge is dismissed at court or you are found not guilty, you may apply for a refund of the booking fee.

Booking Fee Refund forms are at the Front Desk with instructions on how to apply.

State law MCL 765.12a provides for the assessment of a $10.00 fee per bond for each charge. All inmates bonding out of a Wayne County Jail will be assessed this fee for each bond paid.

## EMERGENCY AND FIRE EVACUATION

1. In the event of an emergency or disturbance all inmates shall report to their cell or bunk without delay.
2. The officer will announce information or instructions over the public address system. Inmates must follow directions from the officer. Inmates must remain calm. Questions should be directed to the officer.

## MEDICAL SERVICES

1. All inmates will be screened by a health professional as part of the booking process.
2. If it is determined that you may need medical or mental health care, you will be referred for an evaluation by a qualified professional. Your evaluation will connect you with needed services.
3. There are onsite medical, dental and mental health clinics to meet your health care needs.
4. After booking, non-emergency requests for medical, dental or mental health services must be directed to the nurse during sick call rounds by completing a medical request form. Medical requests must be specific about the type and duration of the complaint.
5. Medical Request Forms are available from the duty station officers on your unit. Please return all completed Medical Request Forms to the nurse during unit rounds. Your request will be addressed by the nurse or you will be scheduled for a medical clinic appointment.
6. Emergency situations are to be reported immediately to the housing unit officer who will contact the Medical Department.

3

7. All medications (except those available over the counter by Commissary) must be ordered by an onsite licensed prescriber. Your private medications will not be used or accepted. If you bring your private medications it will be held for you until you are release from custody, at which time you can pick them up if you choose. All private medications will be destroyed two weeks after you are released.

8. It may take up to 48 hours from the time your prescription is ordered to have it dispensed by the unit nurse. Advise the unit nurse if your prescription takes longer than 48 hours to be administered to you.

9. If you move to a new housing location and are on ordered medications, you should advise the nurse on rounds.

10. All medications dispensed by the nurse must be taken in his or her presence.

11. Hoarding of medication is strictly prohibited and may result in the loss of privileges for the prescription and subject you to disciplinary review.

12. You are required to attend all scheduled clinic appointments. A refusal of medical treatment must be done in the presence of a health care professional.

## PROFESSIONAL VISITS

Professionals such as attorneys, law enforcement and government agents, probation/parole officers, and approved clergy may visit for business purposes seven days a week during the following hours:

**Division I** (Andrew C. Baird Facility)
7:30 - 10:30 a.m.
1:00 - 3:30 p.m.
6:00 - 9:00 p.m.

**Division II** (Old Jail)
8:30 - 10:00 a.m.
1:00 - 3:30 p.m.
7:00 - 9:00 p.m.

**Division III** (Dickerson Facility)
7:00 – 10:30 a.m.
1:00 – 2:00 p.m.
7:00 – 9:00 p.m.

4

**Tuesdays and Thursdays:** Attorneys are allowed to conduct professional visits continuously from the morning visitation period through the evening visitation period.

## PERSONAL VISITS

Personal non-contact visits are permitted at Division I and II, Monday through Friday, according to the first letter of the inmate's last name. The Division III schedule is based on housing unit assignment. The schedule is as follows:

**Division I** (Andrew C. Baird Facility)
Daily Hours: 7:30 - 10:30 a.m.; 1:00 – 3:30 p.m.; 6:00 – 9:00 p.m.

> Monday          A - C
> Tuesday         D - H
> Wednesday       I – M
> Thursday        N - S
> Friday          T - Z

**Division II** (Old Jail)
Daily Hours: 8:30 - 10:00 a.m.; 1:00 - 3:30 p.m.; 7:00-9:00 p.m.

> Monday          A - C
> Tuesday         D - H
> Wednesday       I - M
> Thursday        N - S
> Friday          T – Z

**Division III** (William Dickerson Facility)
Daily Hours: 7:00 – 10:00 a.m.; 7:00 – 10:00 p.m.

Monday, Wednesday, Saturday:   Housing Units A1 through H1
Tuesday, Thursday, Sunday:     Housing Units C3 through H3

1. Inmates are allowed personal, non-contact visits, not to exceed thirty (30) minutes.

5

2. Inmates wishing to receive personal visits are required to activate their visitation via completing and submitting a visiting form.
3. An inmate's visiting list may contain up to six (6) names of individuals who are at least seventeen (17) years old, and have a valid Driver's License/State identification/Passport.
4. No more than three (3) persons will be allowed to visit at one time.
5. Any visitor whose behavior disrupts normal jail operations or violates any jail rules will be removed from the inmate's visiting list for the duration of the inmate's incarceration.
6. Any inmate whose behavior is disruptive during a visit may forfeit the visit and be charged with a rule infraction.
7. Persons in the lobby under seventeen (17) years of age must be accompanied/supervised by an adult at all times.
8. The Medical Director or RDC Lieutenant must approve all hospital visits of an inmate prior to the visiting day.
9. When a visit is terminated, the inmate and visitor will leave the visiting room neat, clean and free of trash.
10. The visitors must wear appropriate attire.

## **CHILDREN'S VISITATION**

Inmates are permitted non-contact visits with their minor children once per month under the following conditions:

1. The child must be the legal son/daughter (by birth or adoption) of the inmate as verified by a birth certificate or other legal document.
2. The inmate has been in the Wayne County Jail for more than thirty (30) consecutive days.
3. The inmate has not had disciplinary sanctions imposed for thirty (30) or more consecutive days prior to the visit.
4. The minor child is accompanied and supervised by an eligible adult for the duration of the visit.
5. Visits will take place by appointment-only on a Saturday during regular visiting hours.
6. All visits are for a period not to exceed thirty (30) minutes.
7. No more than two (2) children will be allowed per visit.
8. All children must be at least one (1) year old.

6

## **MAIL**

1. Inmates are allowed to send and receive unlimited correspondence. Incoming mail shall be addressed as follows:

### **DIVISION I**                    **DIVISION II**
Inmate's Name and Number   Inmate's Name and Number
Inmate's Housing Unit          Inmate's Housing Unit
570 Clinton Street                  525 Clinton Street
Detroit, MI  48226               Detroit, MI  48226

### **DIVISION III**
Inmate's Name and Number
Inmate's Housing Unit
3501 Hamtramck Drive
Hamtramck, MI 48211

2. All incoming mail will be inspected for contraband and Money Orders.
3. Incoming mail from lawyers, public officials or governmental agencies, acting in their official capacity and identified by the return address on the envelope as coming from one of the noted sources will be opened and inspected in the inmate's presence.
4. Any material that is pornographic or sexually explicit/implicit, promotes disorder, ethnic intimidation or inciting in nature will be confiscated and returned to the sender.
5. Magazines, periodicals, books and newspaper must be received through the mail directly from the publisher supplier. (**No Hard Cover Books will be accepted**.)
6. Letters will not be accepted which contain illegal or prohibited material including; Polaroid pictures, raised decorative stickers, musical or battery operated cards, stamps, paper, glitter, personal checks, cash, and items which may be obtained from commissary.
7. All outgoing mail must be unsealed, except correspondence to lawyers, public officials or

7

governmental agencies.   Mail to lawyers, public officials or governmental agencies will not be opened, read, inspected or censored.

8.   A return address must be in the upper left-hand corner on the front of the envelope with the inmate's full name, inmate number, facility address and ward. Proper postage must be placed on the upper right-hand corner of the envelope.

(All postage must be purchased from Commissary.)

9.   Any correspondence without proper postage will not be delivered.

10.   Mailroom staff will give all mail to the housing unit officer for distribution.

## INMATE TELEPHONES

The telephones provided for the inmate's use are wired for collect, debit card or prepaid services.  The usage is a privilege and is governed by an inmate's security level and conduct while incarcerated in the Wayne County Jail. All telephones may be monitored or recorded at anytime. The vendor sets the rates associated with all calls. Inmates can purchase telephone time through the Commissary Operation with funds deposited into their inmate account.

Telephone usage is based on the following security levels:

**Level - 1** -   Calls are made on behalf of the inmate (i.e., calls to attorney of record/family members.)

**Level - 2 through 8** - Inmates may access attorney of record and other parties unless they are on disciplinary status.

1.   Telephones will be turned on from 9:00 a.m. until 9:00 p.m. provided that individual cells and the ward areas are clean and have passed an inspection by the housing unit officer.

2.   Calls shall be limited to ten minutes when other inmates are waiting to use the telephone.

8

3. Inmates shall not call any person who is a witness/complainant in a criminal case, or anyone having a Personal Protection Order against the inmate.
4. Third party calls are forbidden.
5. Loud, vulgar and/or obscene language used on the telephone will result in termination of the call.
6. Tampering with or damaging any telephones is strictly prohibited.  Also, you may be charged criminally for destruction of county property.
7. A Telephone Device for the Deaf (TDD) is available for the hearing impaired.
8. Inmates violating rules governing the use of telephones or tampering with the telephones are subject to having their telephone privileges temporarily/permanently suspended.
9. Officers may turn off the inmate's telephones when circumstances warrant such actions.

## LAW LIBRARY

1. An inmate may have reasonable access to the law library a minimum of one (1) session per week to acquire legal materials.
2. Any misconduct or rule violation will result in suspended library privileges.
3. Each ward in Divisions I, II and III will be serviced on specific days of the week Monday through Friday, and at specific times determined by the Librarian's schedule.

## COMMISSARY SERVICES

1. The privilege of purchasing items from Commissary will be afforded to every inmate at least twice per week.
2. Commissary operates Monday through Friday mornings.

## NOTARY SERVICES

3. Notary services are available for $10.00. All notary requests must be initiated by the inmate. No requests from outside persons will be accepted.

4.   Indigent notary services will be available after 30 days of incarceration for inmates with less than \$1.00 in their account. Limit is one stamped page per 30 days.

## BARBER SERVICES

1. A barber is available for basic haircuts Monday through Wednesday each week.
2. At Division I and II, the barber will provide services on a rotating schedule. Division III inmates must fill out a haircut request form.
3. The cost of the haircut will be deducted from the inmate's account.

## COSMETOLOGIST SERVCES

A cosmetologist is available Monday through Wednesday to provide female inmates with basic hair care services, including press & curl, wet set, trim, press only, curl only, and basic braiding. The cost of the services will be deducted from the inmate's account.

## REIMBURSEMENT TO THE COUNTY

1. Inmates shall reimburse the County of Wayne for any and all expenses incurred while incarcerated if found guilty.
2. The reimbursement amount is contingent on the room and board and any medical expenses incurred while incarcerated.

## WARD SANITATION

All inmates must maintain their living areas in an orderly, sanitary condition.

### ENTERING ANOTHER INMATE'S CELL OR BUNK IS STRICTLY PROHIBITED.

1. Inmates are required to maintain orderly sanitary living conditions in individual cells and the common areas.
2. Supplies for cleaning cells, common areas, and showers will be distributed by the housing unit officers each

10

      morning and afternoon.   (Mops, mop buckets, brooms, dustpans, toilet brushes, scrub pads, fresh water and cleaner/disinfectant)

3. Pictures, posters, toothpaste, writing or drawing on walls is prohibited.
4. Clotheslines and hanging clothes on doors, from vents, and around the ward is prohibited.
5. Sheets, towels and blankets are not to be hung in cells or common living areas or cover an area that obstructs the view of the Officer.
6. Lights and vents shall not be covered or shielded at any time.
7. Inmates shall not possess extra linen, bedding, or clothing without approval from Medical.
8. Mattresses are not allowed on the floor or in the common living area unless authorized by jail security staff.
9. The storage of commissary edibles on cell floors is prohibited.
10. The accumulation of junk, debris, trash and waste in cells and common areas is prohibited.  All trash and waste are to be disposed of in the appropriate receptacle.  Brown paper bags shall not be use as a trash receptacle.
11. Inmates shall not stand on tables or chairs.
12. Inmates shall not tamper with televisions.
13. The Wayne County Jail is a non-smoking facility.  All smoking is prohibited.
14. Lock-down is at 10:00 p.m. nightly.  All televisions and radios will be turned off at this time.
15. Inmates are not permitted to accumulate inordinate amounts of mail. (Excessiveness will be determined by jail security staff)

## PERSONAL CLEANLINESS

1. Shower facilities are provided for all inmates.  All inmates must keep themselves in a state of personal cleanliness at all times. Showers are required on a daily basis and reasonable requests will be accommodated.

11

2. The complete jail uniform, including footwear is to be worn at all times except after evening lock-down and until being unlocked in the morning. Gym/athletic shoes must be worn while playing basketball.

3. The use of County issued linen for the purpose of a personal headscarf, wave cap or as an item of clothing is strictly prohibited.

4. Uniforms are to be worn properly. (Pants are not to be worn below the waist level)

5. Inmates will receive an exchange of clothing and linen once per week.

6. All inmates must be modestly clothed at all times, including lock down and during sleeping hours.

7. Inmates will use showers and bathroom facilities on their assigned housing unit/cell (Division I and II) or level (Division III) only. Toilets will be flushed after each use. No items are to be left in the shower or bathroom areas. All showers must be completed by 9:30 p.m.

## MEALS

Meals served to the inmate population are not by-products of pork or pork derivative. They will be served and eaten in a quiet and orderly manner specifically:

1. Inmates shall line up (single file) to receive their meal trays.

2. All trays shall be returned to the housing unit officer after each meal.

3. All food particles and/or liquids that spill on the floor, table or sally-port door are to be immediately cleaned up after each meal. (Officers will supply necessary cleaning materials.)

4. All county issued food is to be eaten at mealtime. The storage of these items including fruit such as apples, oranges, etc. is prohibited.

5. Inmates receiving special diets are required to notify the Officer in the event he/she were recently transferred to the ward or if they did not receive their diet, so the officer can notify the kitchen.

12

## **JAIL PROPERTY**
INMATE CELLS AND COMMON LIVING AREAS ARE SUBJECT TO INSPECTION AND SEARCH AT ANY TIME.

1. The transfer of jail property between inmates is prohibited.
2. All jail issued property (blanket, mattress, sheet, towel, uniform and footwear) must be returned in good condition.
3. Damage/alterations to jail issued property are prohibited and will be billed for any destruction.
4. Inmates may be charged a $3.00 fee if their Inmate Rules and Regulations booklet is lost or destroyed.

## **PERSONAL PROPERTY**

1. All personal property shall be surrendered and secured during the Booking Process.
2. Upon discharge/release, all personal property may be picked up from Inmate Property between the hours of 9:30 a.m. until 4:30 p.m., Monday through Friday.
3. To receive property, the inmate's armband must be on his/her wrist intact or the inmate must present the receipt and a valid State I.D./Michigan Driver's License. (No Exceptions)
4. Money orders or cashier's checks, not to exceed $100.00 each, may be delivered by visitors and credited to your account. Money orders or cashier's checks may be mailed and must include the inmate's name and booking number on each check/money order.
5. Inmates must complete an Inmate Property Release Authorization form if someone other than him/herself will retrieve the personal property.
6. An inmate may have only one set of personal clothing, which will be kept in the Clothing Room. A complete set of personal clothing may be exchanged after three (3) court appearances. An exchange may be arranged by appointment only.
7. Inmates are not allowed to have cash while incarcerated.
8. All cash and checks from other correctional institutions will be deposited into the inmate's account.

13

9. Each inmate is allowed four (4) sets of underwear or undergarments, including four (4) pair of socks.
10. All Commissary food items must be kept wrapped or sealed. All unwrapped food items must be discarded daily.
11. Publications, including books, magazines and newspaper, shall not exceed five (5) per inmate at any time. There is no limit to the amount of legal material that is pertinent to an inmate's immediate case. All other legal materials may be stored in an inmate's personal property.

## INDIGENT SUPPLIES

1. Inmates who are deemed indigent (having less than a $1.00 balance in their Commissary account) may receive an Indigent Package from Commissary personnel. The package will include one stamped envelope, one golf pencil and two sheets of paper.
2. Indigent inmates may also qualify for hygiene products every 30 days. After 60 days if an inmate qualifies for an indigent package they will receive hygiene products and undergarments.
3. All approved indigent supplies will be distributed weekly by Commissary Personnel during their rounds.
4. Inmates, who have been without funds in their account for 30 days, may qualify for a haircut at no cost.

## CLASSIFICATION

1. All inmates are evaluated in terms of their current charge(s), behavior and criminal history. Housing and program assignments are made according to their classification level.
2. Classification levels are re0viewed periodically and can be adjusted to a higher or lower level in accordance with an inmate's behavior while incarcerated.
3. An inmate has the right to request a Review within ten (10) days of any classification decision regarding his/her custody level.
4. All requests for a Classification Review must be in writing.

14

## PROOF OF INCARCERATION

Requests for "Proof of Incarceration" are accepted seven (7) days a week. The request can be submitted by obtaining a Proof of Incarceration Form. Include the name of the inmate, the inmate number, and the period/ time when the inmate was incarcerated. The cost for the service is $10.00.

## GRIEVANCE PROCEDURE

1. A written Grievance Procedure is available to all inmates regardless of classification status. You may submit grievances regarding violations of Wayne County Jail policy or procedure, violations of civil rights, unsafe or unsatisfactory conditions of confinement, personal mistreatment, or misidentification by the arresting law enforcement agency. You may not grieve the content of any Wayne County Jail administrative rule or policy, unless you believe that the rule or policy itself violates your constitutional rights or other applicable law.
2. You may not file a grievance related to decisions in disciplinary hearings. If you wish to appeal a disciplinary decision, you must use the disciplinary hearing appeal form.
3. You may only file a grievance on your behalf, and not on behalf of another inmate. You may only grieve an issue that directly affects you.
4. A blank Grievance Form is provided to you with the Inmate Rules and Regulations. Additional Grievance Forms may be obtained from staff members.
5. You must utilize the official Wayne County Jail Grievance Form when filing a grievance. The Wayne County Jail will not accept grievances that are not on the form.
6. Your grievance may be rejected if it is illegible, vague, contains multiple unrelated issues, or raises issues that are duplicative or a prior grievance.
7. If you are unable to complete a grievance because of a documented disability, illiteracy, or unfamiliarity with the

15

English language, you may request assistance from a staff member.

8. You are not excused from filing a grievance under this policy if you are verbally informed by a staff member that an issue that is otherwise grievable is not grievable. Staff members may not interfere with your ability to file a grievance.

9. You must file a grievance within ten (10) days from the date the alleged incident or violation occurred.

10. You may submit a Wayne County Jail grievance to any staff member.

11. You may send a grievance through the United States Postal Service to the Wayne County Jail Compliance Department, 570 Clinton Street, Detroit, MI 48226. The grievance must be postmarked within the ten (10) days of the incident or condition being grieved.

12. All information required by the Grievance Form must be provided.

13. The Wayne County Jail will provide a written answer to your grievance within fifteen (15) business days of receiving your grievance. The Wayne County Jail may inform you that it is extending the deadline to respond.

14. If unsatisfied with the response to a grievance, you must file an appeal within ten (10) days of receiving the grievance response. You are required to use the same grievance form that you used originally.

15. Appeals will be answered in writing within fifteen (15) business days. The Wayne County Jail may inform you in that time period that it is extending the deadline to respond.

16. If you do not receive a response to a grievance within the timeframe provided, you are required to file an additional grievance stating that you had filed a grievance and have not received a response. Indicate on that grievance the date you submitted the original grievance, to whom you submitted the original grievance, and the subject of the original grievance.

17. If you were a victim of sexual abuse or sexual assault while in the Jail, or believe that you are imminently in danger of

16

sexual abuse or sexual assault, you may, but are not required to, file a grievance. See Inmate Rules and Regulations page 21 for information regarding what to do if you have been the victim of sexual abuse or assault or feel threatened by a potential future sexual abuse or assault.

## INMATE DISCIPLINE

### PROHIBITED ACTS - MINOR INFRACTIONS
1. Vulgar Language and/or gestures.
2. Fighting (no weapon) which does not result in medically treated injury.
3. Lying to staff,
4. Pretending/faking injury/illness.
5. Self-mutilation.
6. Possession of currency.
7. Bribery or attempting to bribe.
8. Failure to have an armband at all times, tampering with, altering destroying an armband.
9. Failure to maintain personal and/or common living areas.
10. Failure to follow all safety rules.
11. Failure to follow sanitary rules, including personal hygiene.
12. Interfering with or not being quiet, or failing to immediately report to cell or bunk for head/ Facility count.
13. All Smoking.
14. Entering another inmate's cell.
15. Being disruptive during visits.
16. Refusing or failing to follow medical instructions.
17. Possession of unauthorized jail clothing or excessive amounts of jail issued items.
18. Attempting, conspiring or aiding others to enter into any form of contract.
19. Violation of a written or posted Facility Rule not contained in this booklet, but consistent with these rules.

### Minor Infractions require a Disciplinary Hearing and may result in the following sanction(s):
❖ Loss of privileges for up to fifteen (15) days

17

&#10022; Cell Restriction for up to seven (7) days
&#10022; Housing location reassignment
&#10022; A third (3rd) minor infraction within thirty (30) days may be heard as a Major Infraction.

## PROHIBITED ACTS - MAJOR INFRACTIONS

1. Escape/Attempt - including possession of contraband intended to be used in attempting to escape.
2. Assault/Attempted Assault with a weapon - A weapon is any instrument used for the purpose of inflicting physical/mental injury on another person.
3. Striking (with/without a reason) an Officer, staff member or other persons who provide services to inmates.
4. Sexual Abuse/Misconduct - Forcing/coercing another person, by violence or threats of violence to perform any sexual act, engaging in sexual acts with others, and/or engaging in consensual sexual activities. This includes any type of direct intimate contact.
5. Riot - When an inmate engages in an overt act and initially participates in conduct that creates a danger of damage or injury to property or persons and substantially obstructs the performance of jail operations.
6. Fighting (no weapon), which causes an injury that results in medical treatment.
7. Inflicting harm or threatening to inflict harm on any staff member or inmate with an apparent means to carry out the threat.
8. Possession of a Weapon - A weapon is any instrument intended to be used to inflict physical injury on another person.
9. Soliciting assistance from a staff member to violate any Rule or Regulation.
10. Smoking anywhere in the facility.
11. The use or possession of narcotics, marijuana, unauthorized drugs of intoxicating inhalants, alcoholic beverages or distilling and/or brewing of such.

18

12. Damaging or destroying County property.  Destruction exceeding $100.00 may be prosecuted as a Felony in accordance with the State Statue.
13. Possession of Contraband- Is possession of any unauthorized property.  Unauthorized property is any item not assigned to the inmate by jail staff, not purchased by the inmate from Commissary, or not allowed at reception to the jail, or otherwise considered contraband in this facility.
14. Trafficking or trading-The buying or selling or unauthorized exchange of any commodity or service (other than authorized purchases from the commissary), reselling of Commissary items is not authorized.
15. Gambling-The act of wagering or betting on an uncertain outcome.
16. Theft-The taking of the property belonging to someone else without prior consent.
17. Creating a disturbance or being disruptive.
18. Refusing or failing to promptly obey orders given by staff.
19. Administering any punishment or other form of discipline to other inmates.
20. Inmate communication through windows or recreation areas with persons outside of jail or in another housing location, by voice, signal or written message.
21. Any act defined as a felony or misdemeanor by the laws of the State of Michigan or the United States.
22. Attempting, conspiring or aiding others in attempting or conspiring to violate any Rule(s) indicated in this section.
23. Violation of a written or posted Facility Rule not contained in these Rules, but consistent with these Rules.
24. Participating in or organizing "kangaroo courts" and all other inmate organizations or gangs.
25. Hoarding, hiding or exchanging prescribed medications.
26. Arson or setting fire to any property or doing any act which results in the starting of a fire; aiding, counseling, inducing, persuading or procuring another to do such act or acts.
27. Refusing an order to confine to quarters.

19

28. Extortion - The act of obtaining money or other property from another person through the use of force, illegal power or ingenuity.

29. Pretending or faking illness or injury that results in off-site medical attention.

## Major Infractions require a Disciplinary Hearing and may result in the following sanction(s):

- ❖ Criminal prosecution
- ❖ Reclassification
- ❖ Loss of "earned credit" or "good time"
- ❖ Loss of privileges up to thirty (30) days
- ❖ Cell restriction up to thirty (30) days
- ❖ Disciplinary unit assignment not to exceed thirty (30) days per incident. Disciplinary unit assignment may be extended to an additional thirty (30) days for a subsequent Major Rule Infraction Incident within sixty (60) days.

## Any assault on staff will result in prosecution to the fullest extent of the law, including but not limited to:
**-Assault of Prison/Jail Employee – 5 year Felony**
**-Habitual Offender – Up to Life Term (25 year Mandatory minimum)**   MCL 750.197c; 769.10-12

**An inmate may not possess or use a cellular telephone or other wireless communication device in, or on the grounds of, the Wayne County Jails. Any such violation is a 5 year felony and $1,000.00 fine.**                    MCL 800.283a; 285

## PRIVILEGES AND DISCIPLINARY SANCTIONS FOR SPECIAL HOUSING ON MENTAL HEALTH WARDS

1. Inmates in Mental Health Special Housing are allowed general jail privileges and those privileges consistent with Michigan Mental Health Code.

20

2. Special housing Mental Health Inmates are required to obey jail rules and procedures.

3. Mental Health Special Housing rules, privileges and sanctions may be adapted to meet clinical and treatment needs consistent with the Michigan Mental Health code and Community Standards of Practice.

4. A copy of any adapted rules, procedures and sanctions shall be made available to Mental Health Inmates upon request.

# Prison Rape and Sexual Activity Elimination
# P.R.E.A. Prison Rape Elimination Act

The Wayne County Jail has a zero-tolerance policy concerning rape and sexual activity in the WCJ facilities.  Jail rape and sexual activity seriously reduce the Wayne County Sheriff Office's ability to fulfill its mission to protect the public and successfully return offenders to communities.  The consequences of Jail rape and sexual activity include:

♦ Increases the victimization of vulnerable people such as mentally ill and youthful offenders;

♦ Increases the spread of HIV, AIDS, Hepatitis, Tuberculoses and sexually transmitted diseases;

♦ Increases the risk that the victims of prison rape will commit crimes when they are released;

♦ Worsens racial tension because of interracial sexual assaults;

♦ Causes victims to experience severe psychological and physical effects from sexual assaults;

21

- ♦ Increases the levels of homicide and other violence against inmates and staff;

- ♦ Increases the risk of insurrection and riot; and

- ♦ Reduces offenders' ability to successfully transition to the community and a law-abiding life style when released.

**The following sexual acts are forbidden in all WCJ facilities:**

**Disruption – Violence**

Rape or forcible sexual act

> Example: Rape is defined as the penetration, however slight, of the oral, vaginal or anal opening for the purpose of sexual arousal, gratification, or abuse when the victim is incapable through any unsoundness of mind, whether temporary or permanent of giving consent; the victim resists but resistance is overcome by force or violence; where the victim is prevented from resistance by threats of immediate and great bodily harm, accompanied by apparent power of execution; where the victim is prevented from resistance by the use of any intoxicating, narcotic or anesthetic substance administered by or with the privities of the accused; or where the victim is at the time unconscious of the nature of the act.

**Sexual Activity**

Engaging in sexual activity with another person.

> Example: Has active or passive contact or fondling between his/her genitals, hand(s), mouth, buttocks, anus, breast and the genitals; hands, mouth, buttocks, anus, or breast of another person who expressly or impliedly consents to the accused offender's conduct.  Contact can be with or without clothing being worn by one or both parties.

22

Indecent exposure

Example: Every person who willfully and lewdly either: exposes his or her genitals in any public place, or in any place where there is present another person or persons who are offended or annoyed thereby; or procures, counsels, or assists any person so to expose his or her genitals where there is present another person or persons who are offended or annoyed.

Making sexual proposals/threats or sexually harassing another person.

Example: Subjecting another person to sexual contact through physical action and/or verbal or written statements without sexual intercourse, and the other person does or does not expressly or impliedly consent to the accused offender's conduct, or the other person is unconscious or otherwise physically incapable of resisting and has not consented to the physical contact.

Inappropriate physical contact

Example: Lingering touching, physical contact or inappropriate kissing.

**The acts listed above are Wayne County Jail category of offenses codes listed in Operation's Division Directive 5.1, Disciplinary Procedures, and violation of state law under MCL.**

**Are there other sexual acts that are forbidden?**
Yes.

**Staff sexual misconduct** is forbidden in all WCJ facilities.  Staff sexual misconduct is sexual behavior between any WCJ staff member and any offender under the jurisdiction of the Wayne

23

County Sheriff.  This includes contractors and other agents of the Wayne County Jail.

Staff sexual misconduct is forbidden even if it is consensual.

**What are my rights?**

While you are incarcerated, no one has the right to pressure you to engage in sexual acts.  Rape and sexual assault are violent acts.  Regardless of your age, race, size, ethnicity, or sexual orientation, offenders should have the opportunity to serve their sentences with dignity.

You do not have to tolerate sexual pressure, harassment, manipulation, or assault.  Every inmate has a responsibility to eliminate sexual assault and sexual activity.  If you are approached, pressured, or assaulted – report it immediately.

To ensure that your environment is safe, if you are aware of another offender being sexually assaulted or involved in sexual behavior, report it immediately.

**I can see why rape and sexual assaults are against the rules, but why is sexual activity forbidden?  If both people consent, what's the big deal?**

There are many reasons why sexual behavior is inappropriate in Jail.  None of them involve moral judgments regarding sexual preferences.  In a jail, sexual relationships, including those that are consensual, foster violence.  Some offenders may disapprove of same-sex relationships and attack inmates who are involved in sexual activities.  Fights often occur when a "couple" breaks up, or one partner discovers the other is "cheating."

Eliminating sexual assault and sexual activity promotes a safer environment.  In addition, the elimination of sexual activity and sexual assaults promotes an atmosphere where people can

24

concentrate on making the changes in their lives that are necessary for success upon release.

**What about confidentiality?**

WCJ staff members have been trained to limit the sharing of information regarding sexual assault and sexual activity to personnel who make decisions about the victim's welfare and for investigation/prosecution purposes.

**What if I know someone who was sexually assaulted or know of someone involved in sexual activity?**

Report it to a staff member immediately.

It is every inmate's right to serve his or her sentence with dignity. When others infringe upon that right, they release you from any bond of silence. Jail rape can be eliminated best when people who live in the facility refuse to accept it under any circumstances.

If you fail to report this type of behavior, you erode your own safety.  Support others who take the initiative to report this behavior and keep the facility safe.

**How do I avoid being assaulted?**

You can take steps to protect yourself from being sexually assaulted.

- ♦ Do not accept gifts from others.  Gifts and favors usually have strings attached.
- ♦ Do not gamble or enter games of skill or chance.
- ♦ Do not use, possess, trade, purchase, or hold drugs, alcohol, or tobacco products.
- ♦ Do not become indebted to anyone either monetarily or for favors.

25

- ♦ Choose your associates wisely.  Do not become involved in gangs or hate groups.  Look for people doing positive things to change their lives such as education, programs, religious activities, etc.
- ♦ Do not accept another inmate's offers to protect you.
- ♦ Stay in well lit areas where staff can see you.
- ♦ Carry yourself in a confident manner at all times.  Do not permit your emotions such as fear and anxiety to be obvious to others.
- ♦ Trust your instincts.  If a situation seems dangerous, it probably is.  If you fear for your safety, report it to a staff member.

**What do I do if I'm assaulted?**

**Report it immediately to a staff member** who will offer you immediate protection from the assailant and will get you medical attention.  Because reporting sexual assault can be difficult, it is important that you understand there are several ways that you can report it.

The first and best choice is to report it immediately to a staff member.

You can also report using one or more of the following:
- ♦ By submitting a medical concern form and reporting to a medical staff member during sick call.
- ♦ Call someone outside the facility who can contact facility administrative staff.
- ♦ In a medical or grievance form.
- ♦ By calling the Wayne County Sheriff's Office: 313-224-0414.
- ♦ S.A.F.E. staff at Detroit Receiving Hospital.
- ♦ Wayne County First Step Crisis Hotline: 888-453-5900.

Remember any method that you use other than reporting directly to a staff member delays you getting help.

26

**Do not shower, wash, drink, eat, change clothing, or use the bathroom, until after you have seen a medical professional trained to examine victims of sexual assault.** (There will be a strong desire to clean up after a sexual assault, **it is important that you do not.**)

**What will happen to me when I report a sexual assault?**

Medical staff will examine you for injuries, which may not be readily apparent to you. They will also test you for sexually transmitted diseases and collect evidence.

To collect evidence, you will be asked to consent to a sexual assault examination. A medical professional will do this exam. Although, you have the right to refuse the exam, it is critical to collect as much evidence as possible.

You can receive medical attention without submitting to a sexual assault exam. It is important to understand the difference between the sexual assault exam and a medical care for the treatment of injuries and keeping you healthy.

The evidence gathered in the sexual assault exam will be used to prosecute the perpetrator. The evidence can include hair, skin, and body fluids of the perpetrator. However, the medical care you receive during treatment is confidential, unless you sign a medical release form to allow medical information to be used as evidence in the prosecution of the assault.

**Do I have to reveal the assailant?**

No. However, you are strongly encourage to name the assailant if you know who it was, or do your best to help staff identify the assailant. That is the only way to protect yourself and others from future attacks.

**If I am a victim of a sexual assault, where will I be housed and what will happen to my property?**

27

First, you will immediately be protected from the assailant and receive medical care.  Beyond that exact answers are difficult because every facility and situation is different.  However, here are some general things you can expect.

Sexual assault in the community or in jail, it is a traumatic and difficult experience, which is often exacerbated by the investigation.  Fortunately, the criminal justice system is getting better at helping victims through this experience.

A team of trained professional investigators who are on call 24/7 will respond immediately and begin investigating the Criminal Sexual Assault immediately.  The team is called a **Sexual Assault Response Team** *(SART)* and is comprised of the PREA Coordinator, Criminal Investigators, security (usually a high-ranking position who can make housing decisions), a medical staff, a mental health professional, and a facility victim services coordinator.

The facility victim services coordinator's role is to support you as a victim.  It is likely that you will also work with a victim service coordinator that works in the community.  The facility victim service coordinators do three important things: First, they ensure that you are supported during the evidence collection process.  Second, they coordinate with the community victim services coordinator.  Third, they represent your needs as a victim during the SART's decision process concerning housing, property, etc.

The facility victim service coordinators will not do certain things like advocate for your release on parole, reduce your custody level, or grant you special privileges.  However, they can help you cope with a difficult situation.

Handling a sexual assault in a jail facility presents unique challenges that are not present in the community.  The perpetrator must be isolated, the victim must be protected, evidence must be collected, and medical attention must be given.

28

Staff must remain neutral and ensure that all possibilities are considered, for example, false allegations or a perpetrator who claims to be the victim.

In a jail, once the evidence is collected and the statements are taken, the victim can't just go home and alternative housing options are scarce. The ***SART*** along with Classification will make housing decisions. Whenever possible a classification officer will talk to you about possible housing options for you. The ***SART*** and Classification have several goals, which are listed here in priority:

- ♦ Safe housing at the appropriate custody level
- ♦ Isolation from the perpetrator
- ♦ Isolation from friends of the perpetrator
- ♦ Housing in the least restrictive environment possible
- ♦ Investigation of the criminal act.

Your past behavior can limit the options available for housing. For

example, an inmate housed in administrative segregation will

remain in administrative segregation.

**What if I'm falsely accused?**

First, remember to avoid situations that put you at risk.

- ♦ Do not accept gifts from others;
- ♦ Do not gamble or enter games of skill or chance;
- ♦ Do not use, possess, trade, purchase, or hold drugs, alcohol, or tobacco products;
- ♦ Do not become indebted to anyone either monetarily or for favors;
- ♦ Choose your associates wisely;
- ♦ Do not accept if another inmate offers to protect you;
- ♦ Stay in well lit areas where staff can see you

29

- ♦ Carry yourself in a confident manner at all times;
- ♦ Trust your instincts; and
- ♦ Don't engage in sexual activity.

False accusations usually arise from vendettas, indebtedness, and gangs & hate groups, or rejection of sexual advances.

If you are falsely accused, cooperate with staff.  Do not make threats.  Don't attempt to harm or have others harm the person making the allegation.  Keep your wits about you.  Becoming verbally or physically abusive will add credibility to the allegations and weaken your own credibility.  Tell the truth, even if you might be held accountable for your behavior.  Lies will only further erode your credibility.

Anyone found to have made a false allegation will be disciplined and/or prosecuted.

### What if I'm involved in consensual sex, but later feel that I was manipulated?

Most cases of sexual activity in jail involve manipulation, pressure, or other coercion.  It is common that one person who has no history of inappropriate sexual activity is involved with one who has a history of several different partners on many different occasions.  When this happens, one is usually a perpetrator, and the other is a victim.

Avoid getting into the situation in the first place.  Remember, if you are involved in consensual sexual activity, you are subject to disciplinary action.  However, by coming forward, you are taking responsibility for your behavior, which is an important step toward developing the attitude and skills necessary for success in the community.  But the most important reason to come forward is to stop a sexual perpetrator from manipulating more victims into destructive behaviors.

### Recovering from sexual assault.

30

Any form of coerced or manipulated sexual activity is degrading. Victims of rape and sexual assault may be eligible for victim's services.  These services are available through the Wayne County S.A.F.E program (Sexual Assault Forensic Examiner).

While you are incarcerated, the Sheriff's Office and Jail Medical will provide crisis intervention to help you cope with the victimization that has occurred.

### *REMEMBER*

- ♦ **SEXUAL ASSAULT IS A CRIME**
- ♦ **ALL SEXUAL ACTIVITY BETWEEN OFFENDERS IS PROHIBITED**
- ♦ **ALL SEXUAL ACTIVITY BETWEEN STAFF AND OFFENDERS IS PROHIBITED**

## **IF YOU ARE A VICTIM OF A SEXUAL ASSAULT, REPORT IT IMMEDIATELY.**

Allegations of sexual assault will be thoroughly investigated. Perpetrators of rape and sexual assault will be prosecuted and subject to disciplinary action.   Sexual perpetrators will be considered for administrative segregation.

It is never appropriate for a staff member to make sexual advances or engage in sexual activity with an offender.  Even if the offender wants to be involved with the staff member, the staff member is not allowed to respond.

It is never appropriate for an offender to make sexual advances or comments to a staff member, and such behavior will result in disciplinary or corrective action.

### **Maintain Your Rights**

Revised: February 2017

31