# EXHIBIT 4

**MDOC**
Department of Corrections

MICHIGAN.GOV
Michigan's Official Web Site

Michigan.gov Home | Contact MDOC | OTIS Help | MDOC's Most Wanted | Glossary | Disclaimer | MDOC Home

# BIOGRAPHICAL INFORMATION



**JAQUETTA ANN COOPWOOD**
Image Date:                    10/10/2018

MDOC Number:            **516846**
SID Number:               **2647798E**
Name:                     **JAQUETTA ANN COOPWOOD**
Racial Identification:    **Black**
Gender:                   **Female**
Hair:                     **Black**
Eyes:                     **Brown**
Height:                   **5' 2"**
Weight:                   **220 lbs.**
Date of Birth:

## MDOC STATUS

| | | | |
|---|---|---|---|
| Current Status: | Prisoner | Earliest Release Date: | 02/12/2027 |
| Assigned Location: | Huron Valley Complex/Women's | Maximum Discharge Date: | 08/12/2035 |
| Security Level: | II | | |

## MARKS, SCARS & TATTOOS

Body Piercing- Ear

Body Piercing- Left Ear

## ALIASES

None

Body Piercing- Right Ear

## PRISON SENTENCES

### ACTIVE

Sentence 1

| | | | |
|---|---|---|---|
| Offense: | Homicide - Murder, Second Degree | Minimum Sentence: | 9 years 6 months 0 days |
| MCL#: | 750.317 | Maximum Sentence: | 18 years 0 months |
| Court File#: | 17010699-01-FC | Date of Offense: | 08/13/2017 |
| County: | Wayne | Date of Sentence: | 10/05/2018 |
| Conviction Type: | Bench | | |

### INACTIVE

None

## PROBATION SENTENCES

### ACTIVE

None

**INACTIVE**

None

## SUPERVISION CONDITIONS

None

Michigan.gov Home  |  MDOC Home  |  Site Map  |  Escapee/Absconder Tips  |  State Web Sites  Accessibility Policy  |  Privacy Policy  |  Link Policy  |  Security Policy

Copyright © 2001-2020 State of Michigan