

**UNITED STATES DISTRICT COURT**
FOR THE EASTERN DISTRICT OF MICHIGAN
THEODORE LEVIN UNITED STATES COURTHOUSE
231 WEST LAFAYETTE BLVD.
DETROIT, MICHIGAN 48226

CHAMBERS OF
VICTORIA A. ROBERTS
UNITED STATES DISTRICT JUDGE

(313) 234-5230
FAX (313) 234-5493

May 11, 2022

Ms. Jaquetta Ann Coopwood, #516846
Huron Valley Complex-Womens
3201 Bemis Road
Ypsilanti, MI 48197

Dear Ms. Coopwood:

Unfortunately, Judge Tarnow died several months ago and your case has been reassigned to me.

I don't believe this court has any say in how your forfeited life insurance proceeds get distributed to other heirs.

Sincerely,

Victoria A. Roberts
United States District Judge